# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00732-CV

### In re Austin Independent School District

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The Austin Independent School District's petition for writ of mandamus is denied.

We vacate the Court's November 26, 2008 stay order.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   February 12, 2009